**Order entered September 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01628-CR

### TOREY JABBAR NEWHOUSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-0758402-L**

## ORDER

We **GRANT** the State's September 11, 2015 motion to extend time to file its brief and

**ORDER** the brief tendered on that date timely filed as of the date of this order.

/s/     MOLLY FRANCIS
        JUSTICE